# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2018

## NO. 03-17-00296-CR

**Robert Isreal, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED IN PART; VACATED IN PART -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgments of conviction as to Counts 2 and 3. Therefore, the Court vacates the trial court's judgments of conviction for second degree aggravated family violence assault in Counts 2 and 3 and affirms the trial court's judgment of conviction for first degree aggravated family violence assault in Count 1. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.